IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| FRANKLIN MARSHALL FAMBLES, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 5:11-CV-161 (MTT) |
| VAN PEAVY, *et al.*, | : | |
| Defendants | : | **ORDER** |

On April 25, 2011, Plaintiff **FRANKLIN MARSHALL FAMBLES**, an inmate at the Dooly County Justice Center in Pinehurst, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff also sought leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).

On May 2, 2010, the Court ordered Plaintiff to pay an initial partial filing fee in the amount of $10.00. Plaintiff failed to pay the initial partial filing fee. Therefore, in an Order dated June 6, 2011, Plaintiff was ordered to show cause to the Court why his case should not be dismissed for failure to pay the initial partial filing fee. Plaintiff was given until June 20, 2011 to respond to the Order to Show Cause. Plaintiff has not paid the $10.00 initial partial filing fee as ordered and he has not responded to the Order to Show Cause.

Because of his failure to comply with the Court's instructions, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 5th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT